STUART F. DELERY
Acting Assistant Attorney General
Civil Division, U.S. Department of Justice

ELIZABETH J. STEVENS  VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation

REGAN HILDEBRAND  MOBN 57438
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
PO Box 868, Ben Franklin Station
Washington DC 20044
Phone: (202) 305-3797
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

MOJIB SAFFI; ET AL.,                          )
                                               )
            Plaintiffs,                         )        Case No. 3:11-cv-05213-JSW
                                               )
v.                                             )
                                               )        ~~PROPOSED~~ ORDER RE:
DAVID L. ROARK,                                )        JOINT STIPULATION TO
DIRECTOR, UNITED STATES                        )        DISMISS
CITIZENSHIP AND IMMIGRATION                    )
SERVICES, TEXAS SERVICE                        )
CENTER; ET AL.,                                )
                                               )
            Defendants.                         )        Immigration Case
_____

The parties' Joint Stipulation To Dismiss is hereby GRANTED.  Plaintiffs' complaint is DISMISSED without prejudice.  Each side will bear their own fees and costs.

DATED: _May 29, 2012_____

_____
Honorable Jeffery S. White
United States District Court Judge
United States District Court for the
Northern District of California